**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7329**

AZIM RAHIM,

        Plaintiff - Appellant,

   v.

ANTONIETE IRVIN, Sheriff; VIRGINIA BEACH SHERIFF'S OFFICE,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:21-cv-01266-LO-JFA)

Submitted:  February 21, 2023           Decided:  February 24, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Azim Rahim, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azim Rahim appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Rahim's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*